UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIE MACON,

Plaintiff,

vs. CASE NO.: 6:26-cv-01400-GAP-LHP

WONDERFUL EVERYDAY, INC.
For Profit Corporation
d/b/a POP THAI RESTAURANT

Defendant(s).
_______________________________________/

**ANSWERS TO COURT'S INTERROGATORIES**

Plaintiff, WILLIE MACON ("Plaintiff"), by and through his undersigned counsel, hereby files his Verified Statement Responding to the Court's Interrogatories, and in support thereof would state:

1. **Residence Address.**

   Plaintiff resides at 5905 Wolf Road, Orlando, Florida 32808.

2. **Name of current employer and place of employment.**

   None

3. **Date(s) and time(s) that you visited the subject website.**

Plaintiff visited Defendant's website, located at www.popthaiorlando.com ("Defendant's Website"), on the following dates:

   a. February 21, 2026

b. March 2, 2026

c. March 19, 2026

d. April 5, 2026

e. April 20, 2026

f. April 22, 2026

g. May 9, 2026

h. May 10, 2026

i. May 26, 2026

j. June 10, 2026

k. June 25, 2026

**Purpose of your visit(s) and duration of your stay(s).**

Plaintiff visited Defendant's Website as a bona fide patron seeking full and equal access to and full and equal enjoyment of Defendant's online products, content, services, and other information offered through Defendant's Website. During each visit, Plaintiff was attempting to browse the offerings and online offers to educate himself as to the offerings, sales, discounts, and promotions being offered, with the intent of making a purchase through Defendant's Website or at Defendant's principal place of business, located at 1227 N Mills Ave Orlando, FL 32803. Plaintiff remains interested in patronizing, and intends to patronize in the near future, Defendant's Website and Defendant's principal place of business once the access barriers are removed or remedied.

The opportunity to search and utilize Defendant's Website from his home, including accessing information about Defendant's goods and services, viewing menus, placing orders, and signing up for electronic communications to receive offers, benefits, exclusive invitations, and discounts, is an important accommodation for Plaintiff because traveling outside of his home as a visually disabled individual is often difficult, hazardous, frightening, frustrating, and confusing. Like many

consumers, Plaintiff accesses numerous websites at a time to compare offerings, prices, sales, discounts, events, and promotions.

Plaintiff intended to visit the Principle Place of Business of Defendant but was unable to learn the required information to do so.

4. **Did anyone else accompany you? If so, who?**

   No, but subsequently an expert confirmed the barriers encountered.

5. **Describe the nature of your disability.**

Plaintiff is legally blind from Traction Retinal Detachment, Neovascular Glaucoma, and other ocular complications caused by Diabetes Type I, and is therefore substantially limited in performing one or more major life activities, including but not limited to seeing and accurately visualizing his world. Plaintiff is disabled as defined by the ADA, 42 U.S.C. § 12102(2), and the regulations implementing the ADA set forth at 28 C.F.R. §§ 36.101 et seq. As a result of his visual impairment, Plaintiff cannot use a computer without the assistance of appropriate and available auxiliary aids and requires assistive technologies for effective communication. Plaintiff uses commercially available screen reader software, which translates the visual internet into an auditory equivalent, to access and comprehend digital content, including text messages, emails, and websites.

6. **Specifically list each barrier that you personally observed or experienced on this website.**

   i. **Issue:** The webpage incorporates multiple <h1> elements, disrupting the logical heading hierarchy. Screen reader users depend on the <h1> to discern the primary subject of the page, but having more than one makes it unclear which heading signifies the main content. This results in an insurmountable barrier as the page outline becomes ambiguous, preventing

users from navigating the content in a coherent and predictable manner.

ii. **WCAG 2.1 AA Violations:** 1.3.1 - A - Info And Relationships

**b. Missing Skip to Content Link on the Page**

i. **Issue:** The absence of a "Skip to main content" link as the first focusable element on the page forces keyboard users to tab through all navigation links and repeated content before reaching the main content. This omission also impacts screen reader users, who benefit from mechanisms that allow them to bypass repeated blocks, making it difficult for keyboard-dependent users to efficiently access primary content.

iii. **Impact:** Users with visual disabilities, particularly those who are blind and rely on keyboard navigation, face significant delays and challenges in accessing the main content of the webpage. The lack of a skip link necessitates an exhaustive tabbing process through repeated elements, increasing navigation time and detracting from the user experience.

**c. Logo image missing alternative text**

i. **Issue:** The logo image lacks defined alternative text, preventing screen reader users from recognizing the brand or understanding the image's purpose. This absence results in the image being announced without a meaningful descriptor or skipped altogether, creating a barrier as the logo often serves as a key identifier or a link to the home page.

ii. **WCAG 2.1 AA Violations:** 1.1.1 - A - Non Text Content

**d. Decorative Images Have Unnecessary Alternative Text**

i. **Issue:** Decorative images on the webpage include unnecessary descriptive alternative text, which does not communicate meaningful information. This forces screen reader users to listen to redundant descriptions, adding noise and complicating the process of reaching essential content. Such images are intended solely for visual styling and do not convey information, and their announcement hinders efficient navigation and focus on relevant content.

ii. **WCAG 2.1 AA Violations:** High - 1.1.1 A

**e. Menu and Menuitems Are Not Programmatically Defined**

i. **Issue:** The menu and its items lack proper semantic roles, causing assistive technologies to fail in recognizing the component as a menu. This results in users being unable to understand the relationship between the menu and its items, rendering keyboard users incapable of navigating between menu items using arrow keys, thereby obstructing expected and efficient menu navigation.

ii. **WCAG 2.1 AA Violations:** 4.1.2 - A - Menubar

**f. Parent Menu Items Do Not Expand on Keyboard Interaction**

i. **Issue:** The submenu fails to expand when users navigate to parent menu items using keyboard interactions. The inability to open submenus using Enter, Space, or Arrow keys, coupled with the absence of alternative keyboard methods, creates a barrier for keyboard-dependent users to reach or interact with submenu options.

ii. **WCAG 2.1 AA Violations:** 2.1.1 - A - Keyboard

**g. Section headings use incorrect heading level**

i. **Issue:** The headings "ADDRESS," "TELEPHONE," "LUNCH HOURS," and "DINNER HOURS" are improperly designated as <h4> elements, disrupting the logical heading hierarchy and hindering screen reader users' ability to discern the structure and significance of these sections.

ii. **WCAG 2.1 AA Violations:** 1.3.1 - A - Info And Relationships

**h. The "Follow us on Instagram" text is not defined as a heading**

i. **Issue:** The text "Follow us on Instagram" is visually presented as a heading but lacks programmatic definition as such, impeding screen reader users' navigation and comprehension of the page structure.

ii. **WCAG 2.1 AA Violations:** 1.3.1 - A - Info And Relationships

**i. Multiple identical and non-descriptive "Load more" buttons on the page**

i. **Issue:** The page features multiple indistinguishable "Load more" buttons, failing to convey the specific content associated with each button to screen reader users.

ii. **WCAG 2.1 AA Violations:** 2.4.4 - A - Link Purpose In Context

j. **The "1227 N Mills Ave" link opens in a new window without programmatic indication**

i. **Issue:** The link to "1227 N Mills Ave" opens a new browser window without informing assistive technology users, leading to unexpected context changes.

ii. **WCAG 2.1 AA Violations:** 2.4.4 - A - Link Purpose In Context

7. **Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.**

Plaintiff did not personally take photographs or written notes due to his blindness. However, the access barriers Plaintiff encountered were confirmed and documented by Plaintiff's expert, Till Paris, who evaluated Defendant's Website on or about February 26. The Declaration of Till Paris setting forth the access barriers found on Defendant's Website was attached to the Complaint as Composite Exhibit 1.

Additionally, a User Journey Video was taken documenting the barriers encountered.

8. **Please list any other Title III cases in which you have been a party in this District.**

I have been a plaintiff in approximately 18 Title III cases in this district. Please see attached "Select a Case" printout from the Middle District of Florida Electronic Case Filing System, attached hereto as ***Exhibit A*.**

## VERIFICATION

Pursuant to 28 U.S.C. § 1746. I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 08/07/2026

Willie Macon

By: Willie Macon AUGUST 07, 2026

**Willie Macon**
**Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**ADA LEGAL TEAM, LLC**
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Phone: (561) 227-9821
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**DESIGNATED LEAD COUNSEL**
**Primary Email:** greg@sconzolawoffice.com
**Secondary Email**: greg@adalegalteam.com
**Secondary Email:** kevin@adalegalteam.com
**Attorney for Plaintiff**